QUALLS & WORKMAN, L.L.P.
Daniel H. Qualls (Bar # 109036)
Robin G. Workman (Bar # 145810)
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660

Attorneys for Plaintiff David A. Dudash and all
all others similarly situated.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DAVID A. DUDASH,

    Plaintiff,

vs.

LOWES COMPANIES, INC.

    Defendant.

No. C 04-10067 GAF (RZx)

[PROPOSED] FINAL JUDGMENT OF DISMISSAL OF CLASS ACTION WITH PREJUDICE

In accordance with the Order of Final Approval of Class Action Settlement ("Final Approval Order") entered by the Court in this action on June 27, 2008, it is

**ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby entered dismissing this action against defendant Lowe's Companies, Inc. on the merits and with prejudice and without the payment of costs other than as provided in the Stipulation of Settlement and Amendment thereto (collectively, the "Stipulation of Settlement") referred to in the Final Approval Order.

2. Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over (a) the implementation of the settlement as described in the Stipulation of Settlement, and (b) all parties hereto for the purpose of administering the Stipulation of Settlement and enforcing the terms of this Judgment.

3. In the even the settlement does not become effective in accordance with the terms of the Stipulation of Settlement, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation of Settlement and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation of Settlement.

**IT IS SO ORDERED.**

Dated: 9/5/08

_____
Hon. Gary A. Feess
United States District Judge

Approved as to form.

Dated: August 28, 2008

HUNTON & WILLIAMS, LLP

By: _____
Fraser McAlpine
Attorneys for Defendant Lowe's Companies, Inc.